Battle, J.
 

 The testimony offered by the defendant to show that when the plaintiff’s lessor tvas informed of the purchase of the land in question, and of the deed therefor taken in the joint names of the defendant and himself, he repudiated the transaction, and refused to have any thing to do with it, was competent to show that he had disagreed to it, and therefore that as to him the deed had become void. A deed may be delivered to a stranger for the use of the grantee, or bargainee, and as it may be to his advantage, his acceptance of it will be presumed until the contrary appears ; but as it may also be to bis prejudice, or whether to his prejudice or not, he is not bound to accept it; he may disagree to it, and then it will become inoperative. Preston’s Ed. of Shep. Touch. TO, (30 Law. Lib. 142.)
 
 Respass
 
 v. Latham,
 
 ante
 
 138. Cases in which it would be to the prejudice of a grantee or bargainee to accept the delivery of a deed, may be readily imagined
 
 ; e. g.
 
 he may have a better title by descent, or under another deed, or the land may have been purchased for him without authority at too high a price, or the deed may have conditions inconvenient or burdensome. Surely under circumstances like these, he would be at liberty to disagree to a deed accepted for him by a stranger without his consent. The principle is the same where a deed is made to two persons, and delivered to one without the knowledge of the other. The latter may, upon being informed of it, disagree to it, and the deed as to him will be void. Whether his share will, upon such a disagreement, accrue to the other grantee or will return to the grantor, it is not necessary for us to decide. Preston’s Ed. of Shep. Touch,
 
 ubi supra.
 
 4 Leon. 207.
 

 If the testimony offered in this case, had proved to the satisfaction of the jury what was proposed to be proved by it, the plaintiff’s lessor would not have been entitled to recover. It was
 
 *343
 
 therefore error to reject it, and the judgment must be reversed and a
 
 venire de novo
 
 ordered.
 

 Per Curiam. Judgment reversed, and
 
 venire de novo
 
 awarded.